UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Deborah Lee Gonsalves JOINT DEBTOR: ____________ CASE NO.: 16-23036-LMI
Last Four Digits of SS# 0475 Last Four Digits of SS# ____________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $310.00 for months 01 to 01;
B. $9.00 for months 02 to 36;
C. $______ for months ______ to ______; in order to pay the following creditors:

Administrative: Attorney's Fee - $______ TOTAL PAID $______
Balance Due $______ payable $______/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Weitzer Serena Lks Hms
Address: 5201 Blue Lagoon Dr, Ste 805
MIAMI, FL 33126
Account No: ______
Arrearage on Petition Date $ 3236.00
Arrears Payment $______/month (Months ______ to ______)
Regular Payment $ 89.88/month (Months 2 to 36)

2. ______
Address: ______
Account No: ______
Arrearage on Petition Date $______
Arrears Payment $______/month (Months ______ to ______)
Regular Payment $______/month (Months ______ to ______)

3. ______
Address: ______
Account No: ______
Arrearage on Petition Date $______
Arrears Payment $______/month (Months ______ to ______)
Regular Payment $______/month (Months ______ to ______)

FILED USBC SDFL-MIA

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | ______ To ______ | |
| | $ | % | $ | ______ To ______ | |
| | $ | % | $ | ______ To ______ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ______ Total Due $______
Payable $______/month (Months ___ to ___) Regular Payment $______
2. ______ Total Due $______
Payable $______/month (Months ___ to ___) Regular Payment $______

Unsecured Creditors: Pay $______/month (Months ______ to ______).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Deborah Lee Gonsalves
Debtor
Date: 11/07/2016

______
Joint Debtor
Date: ______