**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

DEBORAH LEE GONSALVES
AKA DEBORAH LEE
AKA DEBORAH L GONSALVES
Debtor(s)
_________________________________/

Case No. 16-23036-LMI

Chapter 13

**OBJECTION BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NEWLANDS ASSET HOLDING TRUST TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely as Owner Trustee for Newlands Asset Holding Trust ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor avers as follows: Creditor holds a first mortgage lien on real property owned by the Debtor located at 17601 SW 138 COURT, MIAMI, FL 33177.

1. The Creditor shall file a proof of claim which sets forth pre-petition arrearages due and owing in regards to the loan account.
2. The Plan fails to provide for payment of the full amount of these pre-petition arrearages through the Plan. The Creditor estimates that the arrears will total $202,707.96 and will file a Proof of Claim.
3. The Debtor's Plan fails to adequately address the arrears due to Movant.
4. The Creditor shall file a proof of claim which sets forth the monthly payment at the time the claim was filed in regards to the loan account.
5. The Plan fails to provide for payment of the full post petition monthly payment amount

due through the Plan.

6. On March 27, 2008, the Debtor(s) executed a Note in favor of Creditor in the amount of $309,550.00. Debtor(s)' plan fails to provide for Creditor's secured claim

7. The plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

**WHEREFORE**, Creditor, U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely as Owner Trustee for Newlands Asset Holding Trust**,** respectfully requests the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** , that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

DEBORAH LEE GONSALVES
17601 SW 138TH CT
MIAMI, FL 33177
AKA DEBORAH LEE
AKA DEBORAH L GONSALVES

NANCY K. NEIDICH, (TRUSTEE)
POB 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: December 7, 2016

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email:
FLSD.bankruptcy@phelanhallinan.com